# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL ECCLESTON JACKSON,** | : | **CIVIL NO. 3:15-CV-2046** |
| **Petitioner,** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| **JEH JOHNSON,** *et al.*, | : | |
| **Respondents** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 27th day of October 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. Petitioner's "Motion to Order Cease and Desist" (Doc. 2) is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

                                         **BY THE COURT:**

                                         **s/James M. Munley**
                                         **JUDGE JAMES M. MUNLEY**
                                         **United States District Court**